UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APPLIED SYSTEMS, INC.,

       Plaintiff,

    v.

PBC CONSULTING INC., and ARDENT
LABS, INC., d/b/a COMULATE,

       Defendants.

No. 25 CV 14251

Judge Manish S. Shah

**PRELIMINARY INJUNCTION ORDER**

Having considered the briefs and supporting materials, the Court finds:

1) Applied Systems, Inc. has demonstrated a likelihood of success on the merits of its claim against PBC Consulting Inc. and Ardent Labs, Inc., d/b/a Comulate for breach of contract (Count II);

2) Applied is likely to suffer irreparable harm in the absence of preliminary relief; and

3) The balance of equities, including the public interest, favors preliminary relief.

It is therefore **ORDERED**, that Applied's Motion for a Preliminary Injunction is **GRANTED**.

Defendant Ardent Labs, Inc. d/b/a Comulate shall, within 7 days of the entry of this Order:

1) Cease use of any information, including documents, information, and data, obtained by PBC/Comulate through PBC's access to Applied's Epic software system or software development kit; and

2) Immediately cease the sale or provision of any products developed, tested, or trained using information, including documents, information, and data, obtained by PBC/Comulate through PBC's access to Applied's Epic software system or software development kit to any entities other than existing joint customers of Applied and Comulate.

Applied shall post $1,000,000 (cashier's check or bond) with the Clerk of Court to secure this injunction. The security shall be deposited within 7 days of the entry of this Order.

ENTER:

Date: February 11, 2026

Manish S. Shah
United States District Judge

2