**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| APPLIED SYSTEMS, INC.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PBC CONSULTING INC., Defendant, and ARDENT LABS, INC., d/b/a COMULATE, Defendant and Counterclaim-Plaintiff. | Case No. 1:25-cv-14251<br><br>District Judge Manish S. Shah<br>Magistrate Judge Maria Valdez |

**ARDENT LABS, INC., D/B/A COMULATE'S JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant and Counterclaim-Plaintiff Ardent Labs, Inc., d/b/a Comulate by and through its undersigned counsel, hereby demands a trial by jury on all issues so triable in this action, including each of its counterclaims.

Respectfully submitted,

Dated: November 5, 2026

/s/ *Michael N. Nemelka*

Michael N. Nemelka (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Derek T. Ho (Bar No. 488609)
Lillian V. Smith (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
Stephanie E. Levin (Bar No. 90002577)
Michael C. McCue (*pro hac vice*)
Ella S. Chochrek (*pro hac vice*)
Justin D. Cole* (*pro hac vice*)
Ivy Truong (*pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
mnemelka@kellogghansen.com
apanner@kellogghansen.com
dho@kellogghansen.com
lsmith@kellogghansen.com
dseverson@kellogghansen.com
slevin@kellogghansen.com
mmccue@kellogghansen.com
echochrek@kellogghansen.com
jcole@kellogghansen.com
itruong@kellogghansen.com

Zachary Freeman
Brian Kerwin
MILLER SHAKMAN LEVINE &
FELDMAN LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60603
(312) 263-3700
zfreeman@millershakman.com
bkerwin@millershakman.com

*Attorneys for Defendant and Counterclaim-Plaintiff Ardent Labs, Inc., d/b/a Comulate*

* Not admitted in the District of Columbia; practicing under the supervision of members of the Firm.

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Michael N. Nemelka*
Michael N. Nemelka